IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY McKINNEY,

    Plaintiff,                                  CV F 04 6030 OWW   WMW   P

    vs.                                          <u>ORDER</u>

DEPT. OF CORRECTIONS, et al.,

    Defendants.

        On March 31, 2005, the court dismissed the original complaint and granted plaintiff leave to file an amended complaint. On April 27, 2005, plaintiff filed a motion for reconsideration of that order. On May 6, 2005, the District Court denied the motion.

        The court will grant plaintiff an extension of time of thirty days from the date of service of this order in which to file an amended complaint. Failure to do so will result in a recommendation that this action be dismissed. It is therefore ordered that plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file an amended complaint in compliance with the order of March 31, 2005.

IT IS SO ORDERED.

1

1  **Dated:    May 23, 2005**                        **/s/  William M. Wunderlich**
   mmkd34                                        UNITED STATES MAGISTRATE JUDGE