IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY McKINNEY,

    Plaintiff,

vs.

DEPT. OF CORRECTIONS, et al.,

    Defendants.

CV F 04 6030 OWW WMW   P

ORDER RE MOTION (DOC 15 )

    Plaintiff has filed a motion titled as a motion to augment the record re amended complaint.  This action proceeds on the June 21, 2005, first amended complaint. Plaintiff's motion consists of a request to supplement the complaint, along with various exhibits.

    Plaintiff is advised that he may not use exhibits in order to make the complaint complete. The complaint should be complete in and of itself, without reference to any other documents. Plaintiff's motion to augment the record is therefore denied.

    Should plaintiff desire to allege additional facts, the court will grant plaintiff leave to file a second amended complaint.  Plaintiff is reminded that  Local Rule 15-220 requires that an amended complaint be complete in itself without reference to any prior pleading. This is because, as a  general rule, an amended complaint supersedes the original complaint. See Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967). Once plaintiff files an amended complaint, the

1

original pleading no longer serves any function in the case.  Therefore, in an amended complaint, as in an original complaint, each claim and the involvement of each defendant must be sufficiently alleged.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to augment the record is denied.

2. Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file a second amended complaint.  Should plaintiff fail to do so, this action will proceed on the June 21, 2005, first amended complaint.

IT IS SO ORDERED.

**Dated:     February 8, 2006**                    /s/  **William M. Wunderlich**
mmkd34                                         UNITED STATES MAGISTRATE JUDGE