IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY McKINNEY,,

    Plaintiff,                              CV F 04 6030 OWW WMW   P

  vs.                                   FINDINGS AND RECOMMENDATION
                                       RE MOTION FOR INJUNCTIVE RELIEF
                                       (DOC 14 )

CALIF. DEPT. OF CORRECTIONS, et al.,

    Defendants.

        Plaintiff is a state prisoner proceeding pro se. Pending before the court is Plaintiff's motion for injunctive relief.

        This is a civil rights action brought against defendant correctional officials for their alleged denial of plaintiff's civil rights. Specifically, plaintiff sets forth allegations that he has been deprived of adequate outdoor exercise, and has been denied his request for a transfer to federal custody.

        On March 21, 2005, an order was entered, dismissing the original complaint with leave to amend. The court noted that plaintiff's allegations regarding his outdoor exercise were not specific. On June 21, 2005, plaintiff filed a first amended complaint. On August 10, 2005, plaintiff filed the motion for injunctive relief that is before the court.

1

In his motion for injunctive relief, plaintiff refers to allegations of excessive force by defendant Rainwater, as well as generalized allegations of restriction of access to the law library. There are no allegations in the complaint or amended complaint regarding excessive force. Further, the June 21, 2005, first amended complaint fails to address the concerns noted in the March 21, 2005, order. Specifically, plaintiff has failed to allege specific facts that would state a claim for relief for denial of outdoor exercise. Plaintiff has a current deadline of March 9, 2006, in which to file an amended complaint.

The motion for injunctive relief sets forth claims and allegations not contained in the operative complaint. Further, because plaintiff has failed to cure the defects noted in the March 21, 2005, order, he has not established a likelihood of success on the merits. Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's motion for injunctive relief be denied.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636 (b)(1)(B). Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

**Dated:   March 8, 2006**              /s/  **William M. Wunderlich**
mmkd34                                   UNITED STATES MAGISTRATE JUDGE