IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY McKINNEY,

    Plaintiff,                      CV F 04 6030 OWW WMW   P

  vs.                                 ORDER RE MOTION (DOC 13 )

DEPT. OF CORRECTIONS, et al.,

    Defendants.

       Plaintiff is a state prisoner proceeding pro se.  Pending before the court is Plaintiff's motion to dispense with the requirements of security.  Plaintiff's motion refers to his request for injunctive relief.  Subsequent to that request, the complaint was dismissed with leave to amend, and a recommendation to deny the motion for injunctive relief was entered.

       Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to dispense with the requirements of security is denied as moot.

IT IS SO ORDERED.

**Dated:**   **March 30, 2006**                **/s/  William M. Wunderlich**
j14hj0                                            UNITED STATES MAGISTRATE JUDGE

1