IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY McKINNEY,

    Plaintiff,                       CV F 04 6030 OWW WMW  P

  vs.                                  ORDER

DEPT. OF CORRECTIONS, et al.,

    Defendants.

On March 31, 2006, an order was entered, dismissing the second amended complaint with leave file a third amended complaint.   Plaintiff failed to do so, and on June 20, 2006, a recommendation of dismissal was entered.  On July 13, 2006, Plaintiff filed objections to the findings and recommendations.

Accordingly, IT IS HEREBY ORDERED that:

1. The June 20, 2006, recommendation of dismissal is vacated.

2. Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file a third amended complaint.

IT IS SO ORDERED.

1

**Dated:** November 21, 2006        **/s/ William M. Wunderlich**
mmkd34                              UNITED STATES MAGISTRATE JUDGE