**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**GREGORY McKINNEY,**

   **Plaintiff,**   **CV F 04 6030 LJO WMW P**

 vs.       **FINDINGS AND RECOMMENDATION RE MOTIONS FOR INJUNCTIVE RELIEF (DOCS 28, 29)**

**DEPT. OF CORRECTIONS, et al.,**

   **Defendants.**

   **Plaintiff, an inmate in the custody of the California Department of Corrections and Rehabilitation at Kern Valley State Prison, brings this civil rights action against defendant correctional officials employed by the Department of Corrections at the California Correctional Institution at Tehachapi.**

   **The conduct at issue in this lawsuit involves an allege denial of outdoor exercise. Plaintiff seeks injunctive relief in the form of an order enjoining Defendant from transferring him to Pelican Bay State Prison, and an order directing Defendants to transfer him in to federal custody.**

   **In an earlier order, Plaintiff was advised that** prisoners have no liberty interest in being housed at a particular institution. See Olim v. Wakinekona, 461 U.S. 238, 245 (1983); Meachum v. Fano, 427 U.S. 215, 225-27 (1976); United States v. Brown, 59 F.3d 102, 105 (9th

Cir. 1991)(per curiam); Johnson v. Moore, 948 F.2d 517, 519 (9th Cir. 1991)(per curiam); Coakley v. Murphy, 884 F.2d 1218, 1221 (9th Cir. 1989).

The only conduct at issue in this lawsuit is Plaintiff's access to outdoor exercise while Plaintiff was housed at Tehachapi. Concurrent with this recommendation, an order has issued, dismissing the operative pleading in this action and granting Plaintiff leave to amend. Further, Plaintiff has not offered any legal basis upon which this Court can order his transfer to federal custody.

Accordingly, IT IS HEREBY RECOMMENDED that Plaintiff's motions for injunctive relief be denied.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636 (b)(1)(B). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time waives all objections to the judge's findings of fact. See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998). Failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

**Dated:  July 2, 2007**                    /s/  **William M. Wunderlich**
                                             UNITED STATES MAGISTRATE JUDGE