IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY McKINNEY,

        Plaintiff,        CV F 04 6030 LJO WMW P

  vs.                      FINDINGS AND RECOMMENDATION
RE MOTION FOR INJUNCTIVE RELIEF
(DOCS 28, 29 )

DEPT. OF CORRECTIONS, et al.,

        Defendants.

      Plaintiff has filed two motions for injunctive relief.  Plaintiff seeks an order transferring him to the U.S. Bureau of Prisons, and another order preventing his transfer from CCI Tehachapi to Pelican Bay State Prison.

      This action proceeds against Defendant Correctional Officers Casey and Buentiempo for allegedly depriving Plaintiff of outdoor exercise while he was housed at Tehachapi.  A transfer to the custody of the U.S. Bureau of Prisons is beyond the scope of the claims in this case.  Further, prisoners have no liberty interest in avoiding being transferred to another prison.  See Olim v. Wakinekona, 461 U.S. 238, 245 (1983); Meachum v. Fano, 427 U.S. 215, 225-227(1976); United States v. Brown, 59 F.3d 102, 105 (9th Cir. 1995).  Additionally, Plaintiff does not provide any evidence that any named defendant has the authority to direct such a transfer.  There are no named defendants in

**this case that have the authority to direct a transfer.** The court must have personal jurisdiction over the parties to be enjoined; it may not enjoin defendants not yet served or before the court. <u>Zepeda v. United States I.N.S.</u>, 753 F.2d 719, 727 (9th Cir. 1983).

**Accordingly, IT IS HEREBY RECOMMENDED that Plaintiff's motions for injunctive relief be denied.**

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636 (b)(1)(B). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time waives all objections to the judge's findings of fact. <u>See Turner v. Duncan</u>, 158 F.3d 449, 455 (9th Cir. 1998). Failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

**Dated:   September 4, 2007**               /s/  William M. Wunderlich
                                            UNITED STATES MAGISTRATE JUDGE