IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY McKINNEY,

      Plaintiff,           CV F 04 6030 LJO WMW P

  vs.                       ORDER

DEPT. OF CORRECTIONS, et al.,

      Defendants.

     On September 27, 2007, an order was entered, adopting the findings and recommendations of the Magistrate Judge and denying the motion to dismiss by Defendant Williams. The matter was remanded to the Magistrate Judge for further proceedings as to Defendant Williams.

     Accordingly, IT IS HEREBY ORDERED that Defendant Williams shall file a further response to the complaint within thirty days of the date of service of this order. IT IS SO ORDERED.

     **Dated:   October 1, 2007**       **/s/ William M. Wunderlich**
                                                          UNITED STATES MAGISTRATE JUDGE