IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY MCKINNEY,

        Plaintiff,        CV F 04 6030 LJO WMW PC

  vs.                    ORDER RE MOTION (DOC 52)

T. CASEY, et al.,

        Defendants.

     Plaintiff has filed a motion for the entry of default. Subsequently, Defendants filed appeared by the filing of an answer. Plaintiff's motion is therefore moot. Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for the entry of default is denied as moot.

IT IS SO ORDERED.

**Dated:   April 21, 2008**              /s/ **William M. Wunderlich**
                                            UNITED STATES MAGISTRATE JUDGE

1