IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREGORY MCKINNEY,** | Case No.: 1:04-CV-06030 LJO WMW PC |
| Plaintiff, | **ORDER** |
| v. | |
| T. CASEY, et al., | |
| Defendants. | |

On September 5, 2008, Defendants filed a motion for extension of time to file their opposition to Plaintiff's motion to compel discovery responses. For good cause shown, Defendants are granted an extension of time, up to and including September 24, 2008, in which to file their opposition.

IT IS SO ORDERED.

**Dated:   September 8, 2008**                     /s/  William M. Wunderlich
                                                                   UNITED STATES MAGISTRATE JUDGE

*Order*
1