IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY McKINNEY,

      Plaintiff,           1: 04 CV 6030 LJO WMW PC

   vs.                       ORDER RE MOTION (DOC 63)

DEPT. OF CORRECTIONS, et al.,

      Defendants.

     Plaintiff has filed a motion styled as a motion to compel the production of his deposition transcript without cost.  Plaintiff contends that defense counsel is obligated to provide him with a fee copy of the deposition transcript as a condition precedent to allowing his deposition.

     Defendants correctly argue that Federal Rule of Civil Procedure 30(f)(2) restricts both the Court and Defendants from providing a copy of Plaintiff's deposition transcript to Plaintiff.  Rule 30(f)(3) provides that a party is entitled to a copy of the transcript "upon payment of reasonable charges."  There is no authority for the proposition that a pro se plaintiff is entitled to a free copy of his deposition transcript.  Therefore, this is not a valid ground on which to refuse to allow a deposition to proceed.

     Plaintiff couches his request as a request for discovery.  Defendants correctly note that the discovery deadline in this action has passed.  Though Plaintiff's request fails for the reason noted

1

above, any request to compel discovery is denied as untimely.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to compel the production of his deposition transcript without cost is denied.

IT IS SO ORDERED.

**Dated:   November 17, 2008**             /s/  **William M. Wunderlich**
                                                      UNITED STATES MAGISTRATE JUDGE