**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| GREGORY MCKINNEY, | ) | No. 1:04-CV-06030-SMM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| T. CASEY, et. al. | ) | |
| | ) | |
| Defendant. | ) | |

Before the Court is Plaintiff's Application for Enlargement of Time (Doc. 78). Plaintiff requests an extension to file his Response to Defendant's Motion for Summary Judgment.  Good cause appearing,

**IT IS HEREBY ORDERED GRANTING** Plaintiff's Application for Enlargment of Time (Doc. 78).

**IT IS FURTHER ORDERED** that the deadline for Plaintiff to file his Response to Defendant's Motion for Summary Judgment is extended to **Thursday, January 29, 2009.**

DATED this 7th day of January, 2009.

Stephen M. McNamee
United States District Judge