**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORY MCKINNEY, | ) | No. 1:04-CV-06030-SMM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| T. CASEY, et. al. | ) | |
| | ) | |
| Defendants. | ) | |

    Before the Court is Plaintiff's Request for Extension of Time (Doc. 80). Although the Court previously granted him an extension to file his Response to Defendants' summary judgment motion, Plaintiff requests a second extension because Kentville State Prison recently went on lockdown. Good cause appearing,

    **IT IS HEREBY ORDERED GRANTING** Plaintiff's Request for Extension of Time (Doc. 80).

    **IT IS FURTHER ORDERED** that the deadline for Plaintiff to file his Response to Defendants' Motion for Summary Judgment is extended to **Friday, March 13, 2009.**

    DATED this 29th day of January, 2009.

Stephen M. McNamee
United States District Judge